JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARIA LETICIA SALAS, an individual,

   Plaintiff,

v.

GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1 -10, inclusive,

   Defendants.

Case No.:   2:26-cv-00500-PD

Judge: Percy Anderson

**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT**

## **ORDER**

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: January 27, 2026     _____

Percy Anderson
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT
CASE NO.: 2:26-CV-00500-PD